THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08-cr-00128-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JANELLE DYANNE PEARSON | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court pursuant to 18 United States Code § 3582(c)(2) and U.S.S.G. § 1B1.10(c), Amendment 782 (Nov. 1, 2014).

Pursuant to this Court's Standing Order [Case No. 3:14-mc-00204, Doc. 1], the Probation Office has submitted a supplement to the Defendant's Presentence Report ("PSR") in this matter. [Doc. 637]. Based upon the Notice of Ineligibility filed by the Federal Defenders of WNC, Inc. [Doc. 626] and the supplement to the Defendant's Presentence Report filed by the Probation Office [Doc. 637], the Court determines that the United States Attorney and the Federal Defenders of WNC, Inc. should provide the Court with their respective positions regarding the PSR supplement.

In addition, the Defendant has filed a motion for appointment of counsel. [Doc. 608]. In light of the Federal Defenders having appeared on behalf of the Defendant pursuant to the Standing Order, the Court

determines that the Defendant's motion for appointment of counsel is rendered moot.

**IT IS, THEREFORE, ORDERED** that no later than thirty (30) days from the entry of this Order, the United States Attorney and the Federal Defenders of WNC, Inc. shall file pleadings responsive to the Probation Officer's PSR supplement filed in this matter.

**IT IS FURTHER ORDERED** that the Defendant's motion for appointment of counsel [Doc. 608] is **DENIED as MOOT.**

**IT IS SO ORDERED.**

Signed: March 3, 2015

Martin Reidinger
United States District Judge