IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:08-cr-00128-11-MR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER ALLOWING** |
| | ) | **EXTENSION OF TIME** |
| | ) | **TO FILE REPLY** |
| JANELLE DYANNE PEARSON | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Extension of Time to File Reply. [Doc. 649]. Counsel for the Federal Defenders Office of WNC, Inc. ("FDWNC") notes that the FDWNC "has just received the case management report for Ms. Pearson" as of April 2, 2015. [Id. at 1, ¶ 2]. The electronic docket for this case indicates to the contrary. The Order for the FDWNC to respond to the Probation Office's supplement to the Defendant's Presentence Report within thirty (30) days was issued on March 3, 2015. [Doc. 640]. Such Order was sent electronically to the FDWNC on that same date. Further, the FDWNC had filed a Notice of Ineligibility for Sentence Reduction Pursuant to 18 U.S.C. § 3582 and Retroactive Amendment 782, U.S.S.G. [Doc. 626] in this case as early as January 2, 2015. Nevertheless, the Court will allow the extension of time for

the FDWNC to reply in this case, and will consider the Reply that was filed by the FDWNC on April 6, 2015 [Doc. 650].

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Extension of Time to File Reply [Doc. 649] is **GRANTED**, and the Defendant's Reply to Response to Motion for Sentence Reduction [Doc. 650] tendered on April 6, 2015 shall be deemed timely filed.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge